**Order entered July 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00292-CV

### IN THE INTEREST OF S.H. AND G.H., Children

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-09-17707**

## ORDER

The reporter's record in this case is overdue. By postcard dated May 28, 2014, we notified the Court Reporter Micaela Ynostrosa the reporter's record was overdue. We directed Ms. Ynostrosa to file the record within thirty days. To date, the reporter's record has not been filed.

So that the appeal can proceed, we must resolve the issue of the reporter's record. Therefore, we **ORDER** Francheska Duffy, Official Court Reporter for the 330th Judicial District Court, to file, within **TWENTY DAYS** of the date of this order, either: (1) the reporter's record; (2) written verification that no hearings were recorded; or (3) written verification that appellant has not requested the record. *We notify appellant that if we receive verification the record has not been requested, or paid for, or no arrangements have been made to pay for the record, we may order the appeal submitted without the reporter's record. See* Tex. R. App. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to:

Honorable Andrea D. Plumlee
Presiding Judge, 330th Judicial District Court

Francheska Duffey
Official Court Reporter, 330th Judicial District Court

Counsel for all parties.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE